**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT ADELL BROWN, | NO. CV 15-04432-JVS (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| YORDIS RUTH HARDAWAY BROWN DEREK BROWN, EDWARD WARREN, and INVITATION HOMES, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 7, 2016.

*/s/ James V. Selna*

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE